IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

**KENNETH R. DAVIN**                                                                                  **PLAINTIFF**

**V.**                            Civil Action No. **20-514**

**RESOLUTION MANAGEMENT CONSULTANTS,
INC., AND JEFFREY B. KOZEK, Individually, AND
JERRY L. THIBODEAU, Individually**                        **DEFENDANTS**

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Plaintiff, Kenneth R. Davin, and Defendant, Resolution Management Consultants, Inc., have reached a settlement that resolves all claims in this matter and are finalizing a written settlement agreement.

Dated, this 19th day of March, 2025.          Respectfully submitted,

| | |
|---|---|
| **/s/ Gregory Brown** | **/s/ Jacob O. Malatesta** |
| Gregory Brown, Esq. | Jacob O. Malatesta, Esq. |
| Christopher C. Field, Esq. | VERNIS & BOWLING OF MISSISSIPPI |
| Allen Ragle, Esq. | 101 West Washington Street, Suite C5 |
| LOWE, YEAGER & BROWN, PLLC | Ridgeland, MS 39157 |
| 920 Volunteer Landing, Suite 200 | Tel: 601-500-5927 |
| Knoxville, TN 37915 | Fax: 601-500-5957 |
| T: 865-521-6527 | jmalatesta@national-law.com |
| F: 865-637-0540 | *Attorney for Defendant* |
| gb@lyblaw.net | |
| ccf@lyblaw.net | |
| car@lyb.law | |
| *Attorney for Plaintiff* | |